```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 07966
   EMMER JEAN NOR
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1199

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 05/01/2007 and was not confirmed.

     The case was dismissed without confirmation 12/03/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00          .00           .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE         .00          .00           .00
CAPITAL ONE BANK          UNSECURED       NOT FILED          .00           .00
MEDICAL                   UNSECURED       NOT FILED          .00           .00
VICTORIA SECRET           UNSECURED       NOT FILED          .00           .00
BERT J ZACZEK             DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                      2,972.46

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE              2,972.46

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                2,972.46
                     --------------          --------------
TOTALS               2,972.46                2,972.46

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 03/26/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```